IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WESTWIN ELEMENTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CVMR CORPORATION and KAMRAN KHOZAN, <br><br> Defendants. <br><br> ------------------------------------------------- <br><br> CVMR CORPORATION and KAMRAN KHOZAN, <br><br> Counterclaimants and Third-Party Plaintiffs, <br><br> v. <br><br> WESTWIN ELEMENTS, INC., <br><br> Counter-Defendant, <br><br> - and - <br><br> KALEIGH LONG and DMITRI TEREKHOV, <br><br> Third-Party Defendants. | Case No. CIV-25-19-D |

**ORDER**

Before the Court is CVMR Corporation and Kamran Khozan's Motion for Leave to File Surreply in Opposition to Westwin Elements, Inc. and KaLeigh Long's Motion to Dismiss [Doc. No. 36]. Upon consideration, the Motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that CVMR Corporation and Kamran Khozan may file their Surreply in Opposition to Westwin Elements, Inc. and KaLeigh Long's Motion for Partial Dismissal [Doc. No. 36-1] no later than **June 18, 2025**.

**IT IS SO ORDERED** this 13th day of June, 2025.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge